IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH ELAM,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 13-cv-880-bbc

TIMOTHY DOUMA,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Joseph Elam for a writ of habeas corpus under 28 U.S.C. § 2254.

/s/　　　　　　　　　　　　　　　　　　3/18/2014

Peter Oppeneer, Clerk of Court　　　　　　　　Date